

# WACHTEL MISSRY

NEW YORK · LOS ANGELES · FLORENCE

WWW.WACHTELMISSRY.COM

Sara Spiegelman
*Partner*
212 909-9675 DIR TEL
212 909-9426 DIR FAX
sspiegelman@wmllp.com

One Dag Hammarskjold
885 SECOND AVENUE
NEW YORK NY 10017
MAIN TEL 212 909-9500
FACSIMILE 212 371-0320

May 10, 2018

**BY ECF**
Hon. Analisa Torres
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl St., Room 15D
New York, NY 10007-1312

      Re:    Victor Lopez and on behalf of all other persons similarly
             situated v. FLX 18 Showroom, LLC and Flexform S.P.A.,
             <u>1:17-cv-9070(AT)</u>

Dear Judge Torres:

      We represent defendant FLX 18 Showroom LLC in the above referenced action. The purpose of this letter motion is to request the Court's permission to extend our client's time to respond to the amended complaint until June 5, 2018. The current response deadline is May 12, 2018. This request is made because we are engaged in good faith settlement negotiations with plaintiff in an attempt to resolve this matter without the need to interpose a response to the amended complaint. This is the second request for an extension and counsel for plaintiff, Bradly G. Marks, Esq., has consented to this request.

                                              Respectfully submitted,

                                              Sara Spiegelman

cc: Bradly G. Marks, Esq. (by email)